UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Craig Johnson, | Civil Nos. 15-4319 (JRT/LIB) |
| | 15-4320 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| | **ORDER ADOPTING REPORT** |
| Crow Wing County Sheriffs Department, | **AND RECOMMENDATIONS** |
| Defendant. | |

_____

Craig Johnson, 12831 Cool Haven Lane, Crosslake, MN 56442, *pro se* plaintiff,

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

1.  Plaintiff's Complaint, [Docket No. 1], in Johnson v. Crow Wing County Sheriff's Department, 15-cv-4319, (JRT/LIB), is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff's application to proceed in forma pauperis [Docket No. 2], in Johnson v. Crow Wing County Sheriff's Department, 15-cv-4319, (JRT/LIB), be **DENIED** as moot.

3. Plaintiff's Complaint, [Docket No. 1], in Johnson v. Crow Wing County Sheriff's Department, 15-cv-4320, (JRT/LIB), is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

4. Plaintiff's application to proceed in forma pauperis [Docket No. 2], in Johnson v. Crow Wing County Sheriff's Department, 15-cv-4320, (JRT/LIB), is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 15, 2016               s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court